JUDGE ELLIS
MAGISTRATE JUDGE COLE
FILED EY 1:22-CR-114
3/1/2022
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

Order Form (0/05)

**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 17 GJ 00482 | **DATE** | MARCH 1, 2022 |
| **CASE TITLE** | U.S. v. ERIC THORSEN | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL MAY 2021___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

---

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4,500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials: _[signature]_